WO

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 2 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Leonard Thompson, Jr.,<br><br>　　　　Defendant. | CR 03-1026-001-PCT-MHM<br><br><br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on February 6, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing as to Allegations B, C, & D in the Petition.

**THE COURT FINDS** that probable cause exits that the Defendant committed the crime of kidnaping as contained in Allegation A in the petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3     DATED this 12th day of February, 2007.

                                                                       Lawrence O. Anderson
                                                                       United States Magistrate Judge